JAN P. JOHNSON
Standing Chapter 13 Trustee
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

MELVIN THOMPSON,
MARY THOMPSON,

            Debtor(s)

Case No: 09-46375-B-13J
DC No.: JPJ-01

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN AND CONDITIONAL MOTION TO DISMISS CASE**

DATE: FEBRUARY 9, 2010
TIME: 9:32 A.M.
COURTROOM: 32

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, objects to confirmation of the Debtor(s) Plan and does not recommend its confirmation as:

1. It appears that the property tax debt for the County of Butte is improperly classified as Class 5. The claim is improperly classified in Class 5 pursuant to Cal. Rev. & Tax Code Section 2187 (which states "every tax, penalty, interest...is a lien against the property assessed." The appropriate treatment for this secured debt is in Class 2 pursuant to the pre-written language at Section 3.11 of the form plan.

2. The plan does not comply with 11 U.S.C. §1325(a)(4) as the unsecured creditors would receive a higher distribution in a chapter 7 proceeding. The total amount of non-exempt

1

property in the estate is $35,850.00. The total amount that will be paid to unsecured creditors is only $3,361.00.

WHEREFORE the movant prays that the Court enter an order denying confirmation of the debtor's Plan, and an order dismissing the case if a new Plan is not filed, served on all parties, and set for hearing by February 23, 2010.

Dated: January 21, 2010          /s/ Jan P. Johnson
                                                Standing Chapter 13 Trustee